TROY Y. NELSON
PAINE HAMBLEN, LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
(509) 838-0007 (facsimile)
william.schroeder@painehamblen.com

AUSEY H. ROBNETT III, *Pro Hac Vice*
PAINE HAMBLEN, LLP
701 Front Avenue, Suite 101
P.O. Box E
Coeur d'Alene, Idaho 83816-0328
(208) 664-8115
(208) 664-6338 (facsimile)
ausey.robnett@painehamblen.com

Attorneys for Defendant The BNSF
RAILWAY COMPANY

The Honorable Alan A. McDonald

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2007

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| JOSIE MAE JENSEN and BRUCE JENSEN, wife and husband,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation, a wholly owned subsidiary of Burlington Northern Santa Fe corporation, a Delaware corporation.<br><br>Defendant. | No. CV-06-183-AAM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On Hearing the Parties' Stipulated Motion for Dismissal and the Court being fully advised in the premises, it is

**ORDER OF DISMISSAL** - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

1  HEREBY ORDERED that the above-entitled is hereby dismissed with
2  prejudice, and that each party shall bear their own attorney fees and costs.
3
4  DATED this 17 day of July, 2007.
5
6  _____
   The Honorable ALAN A. MCDONALD
   United States District Court Judge
7
8
9  PRESENTED BY:
10 PAINE HAMBLEN, LLP
11
   By: /s/ AUSEY H. ROBNETT
12     Ausey H. Robnett III, *Pro Hac Vice*
       Paine Hamblen, LLP
13     701 Front Avenue, Suite 101
14     P.O. Box E
       Coeur d'Alene, Idaho 83816-0328
15     Telephone: (208) 664-8115
       Fax: (208) 664-6338
16     ausey.robnett@painehamblen.com
17 and
18
       Troy Y. Nelson, WSBA 27274
19     Gregory C. Hesler, WSBA No. 34217
       717 West Sprague Avenue, Suite 1200
20     Spokane, Washington  99201-3505
       Telephone:  509-455-6000
21     Facsimile:  509-838-0007
22     troy.nelson@painehamblen.com
23
24
25
26
27
28